UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
United States of America,

                        Plaintiff,

-against-

                                                      Case No. 7:98-mj-1971

Bryan L. Bothell

                        Defendant.
_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                        SO ORDERED.

                                                        Hon. Martin R. Goldberg
                                                        United States Magistrate Judge

Dated: 26th day of August, 2022
        Poughkeepsie,, New York